**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 12, 2013.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-12-00761-CV

## JAMES B. VAN BERGEN AND SUSAN VAN BERGEN, Appellants

## V.

## SUSAN SOSKI PHILLIPS AND WANDA FOSTER, Appellees

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-02498**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 23, 2012. On February 4, 2013, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.